# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME: JAMES EDENS v JAMES COX, ET AL | CASE NO. 02-3141 | Beginning Date of Trial: 11/5/2004 | Type of Trial: Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF IL RIVER CORR CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| James Edens | N 60262 | IL RIVER CORR | 11/5/2004 | 10:30 - 11:00 |
| Julie Morgan/Defense Counsel | N/A | CONCORDIA | 11/5/2004 | 10:30 - 11:00 |
| Judge Baker | N/A | URBANA | 11/5/2004 | 10:30 - 11:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:** October 8, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/K. Wynn_____
        DEPUTY CLERK

cc: James Edens
    Julie Morgan

Format and wording approved by IDOC Legal Counsel 2/11/98