Clerk of the Court
Central District of Illinois
United States District Court
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

In re: Subpoenas No. 02 CV 3141

Oct 14, 2004

FILED
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk of the Court,

　I would like to request subpoena forms for (5) I.D.O.C. witnesses I want to call in my upcoming trial. I would also appreciate any information you can render in regards to service, and whether the Informa Pauperis statute allows waiver of fees.

　Thank you in advance for any assistance.

　　　　　Sincerely

　　　　　James R. Edens #N60262
　　　　　P.O. Box 999
　　　　　Canton, Il 61520