IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES R. EDENS,
    Plaintiff,

vs.

JAMES G. COX, et al.,
    Defendants

Case No. 02 CV 3141

FILED
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO ADDRESS THE COURT

Now comes James R. Eden, Plaintiff, pro se., and respectfully motions to Address the Court regarding the production of witnesses, via the Courts issuances of writs of habeas corpus ad testificandums directed to the Illinois Department of Corrections, which has custody of the requested witnesses. In support thereof the Plaintiff states the following:

1. JAMES DELANEY, INMATE NO. #B41410, his testimony is relevant to the extent that he worked with Plaintiff at the Logan C.C. law library, and has first hand knowledge concerning Plaintiff's legal mail issue, and retaliation by Internal Affairs staff members towards Plaintiff. This individuals testimony is very material to Plaintiff's cause

1.

2. Miguel Sedano, inmate number # B70457, his testimony is relevant to Plaintiff's claim of retaliation by Internal Affairs Staff members, and their pattern of incompetence, and harassment of individuals formerly associated with "security threat groups"; at the Logan C.C. durring the dates in question, and also defendant Montgomery's complicity in such matters.

3. Steele, inmate number unknown at this time. This inmate was at the Logan C.C. durring the times in question concerning defendants Standley's investigation of Plaintiff. Inmate Steele was questioned by defendant Standley regarding some of his legal documents found in Plaintiff's possession. Steele, as well as the other inmates questioned about allegedly paying Plaintiff for services, was omitted from defendant Standley's investigation, which is contrary to the departmental rules. His testimony is very material to Plaintiff's cause.

Wherefore, Plaintiff, respectfully requests this Honorable Court to issue writs of habeas corpus testificandum, directing the Illinois department of Corrections to produce the forementioned inmates for testimony at Plaintiff trial.

Respectfully submitted, James R. Eden

2.

CERTIFICATE OF SERVICE

COMES NOW JAMES R. EDENS, PLAINTIFF, PRO SE., AND AFTER BEING DULY SWORN AND UPON HIS OATH STATES THAT ON THE 14th DAY OF OCTOBER 2004, (2) COPIES OF HIS MOTION TO ADDRESS THE COURT WAS MAILED TO THE CLERK OF THE COURT FOR THE CENTRAL DISTRICT, U.S. DISTRICT COURT, AND A COPY WAS MAILED TO ALL PARTIES OF RECORD VIA U.S. MAIL, POSTAGE PRE-PAID AT THE ILLINOIS RIVER C.C. IN CANTON, ILLINOIS.

COPIES TO:

Julie L. Morgan
Asd. Atty General
500 S. Second St.
Springfield, Il 62706

James R. Edens
#N60262
P.O. Box 999
Canton, Il 61520