E-FILED
Thursday, 28 October, 2004  03:02:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JAMES R. EDENS, )
   Plaintiff )
v. ) Case No. 02-CV-3141
)
) HON. HAROLD A. BAKER
JAMES G. COX, et al. ) Judge Presiding.
   Defendants )

## PLAINTIFF'S RENEWED MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes James R. Edens, Plaintiff, pro se, and respectfully requests this Honorable Court grant Plaintiff Appointment of Counsel. In support thereof Plaintiff states the following:

1. Plaintiff is an inmate incarcerated within the Illinois Department of Corrections, and proceeds in previously granted in forma pauperis status in the above captioned cause.

2. Plaintiff has tried diligently in the past to secure private counsel, with his latest attempt on 10-14-04

in correspondence to attorney Cramer, of Champaign, Illinois.

3. Plantiff's Ability to investigate crucial facts are severely limited, as well as his ability to locate former I.D.O.C. employees to question.

4. Plantiff is in need of an attorney to ensure the truthful exposure of the facts in this cause as it concerns Illinois Department of Corrections administration officials

5. Plantiff knowlege of the law is very limited, and to date, severely limited in his ability to investigate crucial facts, research the case law, and put forth a meaningful prosecution of his cause due to recent I.D.O.C. policies that has cut the staff of the facilities law library from (3) staff members to (1) staff member, who is not a trained paralegal. (per I.D.O.C. departmental rules). Said new policies also has prohibited the copying of caselaw for inmates, and the (6) day a week law library schedule is now (1) or (2) days a week for 45 minutes to an hour a day. These new

2.

policies at the Illinois River Facility are very detrimental to pro-se litigants.

 c. Plaintiff's cause is complex in that it alleges a charge of retaliation at the entire Internal Affairs staff at the Logan Correctional Center, as well as the complicity of the Facilities Adjustment Committee Chairman, and it's (2) former Wardens. Further, it alleges that Plaintiff's legal mail was routinely opened and/or tampered with, along with censorship of his outgoing mail to family and friends.

 WHEREFORE, Plaintiff, pro se, respectfully requests for the forementioned reasons that this Honorable Court grant his Renewed Motion for the Appointment of Counsel to ensure Plaintiff a full and fair opportunity to litigate his claims in the above captioned cause.

Respectfully submitted,

James R. Edens
# N60262
P.O. Box 999
Canton, Il 61520

3.

CERTIFICATE OF SERVICE

I, JAMES R. Edens, Plaintiff, pro se., herein certify that I have mailed an original and (2) copies of the Plaintiff's Renewed Motion for the Appointment of Counsel to the Clerk of the U.S. District Court, for the Central District of Illinois, on October 21, 2004, by placing said documents in the U.S. Mail Box at the Illinois River Correctional Center, in Canton, Illinois 61520.

James R. Edens #N60262
P.O. Box 999
Canton, Il 61520

October 21, 2004.