# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA
## VIDEO WRIT

| CASE NAME:<br><br>JAMES EDENS v JAMES COX, ET AL | CASE NO.<br><br>02-3141 | Beginning Date of Trial:<br><br>11/12/04 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF IL RIVER CORR CENTER**

  WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| James Edens | N 60262 | IL RIVER CORR CENTER | 11/12/04 | 1:30 - 2:30 |
| Julie Morgan/Dfts' Counsel | N/A | CONCORDIA | 11/12/04 | 1:30 - 2:30 |
| Judge Baker | N/A | URBANA | 11/12/04 | 1:30 - 2:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: November 5, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/K. Wynn_____
         DEPUTY CLERK

cc: James Edens
    Julie Morgan