E-FILED
Tuesday, 23 November, 2004  04:34:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES EDENS, #N-60262, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  02 CV 3141 |
| | ) |
| JAMES G. COX, RICK SHEPARD, | ) |
| STEVE MONTGOMERY, DAVE HUFFMAN, | ) |
| BRIAN WILLIAMS, JOHN PROFROCH, | ) |
| McFADDEN, and KEVIN STANDLEY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO THE COURT'S
ORDER REGARDING THE SUBMISSION OF AN
INVESTIGATIVE REPORT TO THE COURT FOR AN
IN CAMERA INSPECTION**

NOW COME Defendants, JAMES COX, RICK SHEPARD, STEVE MONTGOMERY, DAVE HUFFMAN, BRIAN WILLIAMS, JOHN PROEFROCK, KEVIN MCFADDEN, and KEVIN STANDLEY, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files their Response to the Court's Order Regarding the Submission of An Investigative Report to the Court of an In Camera Inspection.  In support thereof, Defendants state as follows:

1. On November 12, 2004, a Final Pre-Trial Conference was held in this matter which was attended by Assistant Attorney General, Kelly Choate.

2. At said hearing, the Plaintiff raised an issue concerning one of the Defendants' exhibits, a July 24, 2002 Investigative Report.  Specifically, Plaintiff stated that he had not been provided said Report in discovery.

3. In response, the Court stated that Defendants would not be allowed to present said Report if they had not provided said Report in discovery.

4. On November 15, 2004, the undersigned was informed by Ms. Choate of the Final Pre-Trial proceedings and the Court's request for the investigative report for an in camera inspection.

5. As a result, the undersigned reviewed the discovery that had been provided to the Plaintiff in this matter.  Upon closer review, the undersigned discovered that she had inadvertently not sent two documents to the Plaintiff with Defendant Standley's final responses to Plaintiff's Amended/Second Request for Interrogatories and Request for Production of Documents.  Said two documents had been originally attached to the drafted responses of Defendant Standley.  The two documents not attached to Defendant Standley's final responses to Plaintiff's Amended/Second Request for Interrogatories and Request for Production of Documents were a Report of Investigation Inquiry and a July 24, 2002 Investigative Report.

6. As a result of the undersigned's error, the undersigned expeditiously drafted Defendant Standley's supplemental responses to Plaintiff's Amended/Second Request for Interrogatories and Request for Production of Documents.  Said discovery response was supplemented by attaching the un-redacted versions of the Report of Investigation Inquiry and the July 24, 2002 Investigative Report.  (See attached Group Exhibit 1, Bate Stamped documents # 25 and 37 which have been redacted for purposes of filing this Response pursuant to USDC-CDIL Adm. Proc. Rule II(I)(1)(f)).

7. On November 23, 2004, the undersigned mailed Defendant Standley's supplemental responses to Plaintiff's Amended/Second Request for Interrogatories and

Request for Production of Documents to the Plaintiff.  (Group Exhibit 1).

    8.  Given that the Defendants have provided the documents in question, Defendants would assert that there no longer is a need for an in camera inspection by the Court.  Nevertheless, the documents in question are attached hereto should the Court wish to review them.

    Respectfully submitted,

    JAMES COX, RICK SHEPARD, STEVE MONTGOMERY, DAVE HUFFMAN, BRIAN WILLIAMS, JOHN PROEFROCK, KEVIN MCFADDEN, and KEVIN STANDLEY,

    Defendants,

    BY: LISA MADIGAN, Attorney General of Illinois, Its Attorney

    Attorney for Defendants,

Julie L. Morgan, # 6271352
Assistant Attorney General
500 South Second Street    BY: s/Julie L. Morgan
Springfield, IL 62706        JULIE L. MORGAN
(217) 557-0261            Assistant Attorney General

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES EDENS, #N-60262, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 02 CV 3141 |
| | ) |
| JAMES G. COX, RICK SHEPARD, | ) |
| STEVE MONTGOMERY, DAVE HUFFMAN, | ) |
| BRIAN WILLIAMS, JOHN PROFROCH, | ) |
| McFADDEN, and KEVIN STANDLEY, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2004, I electronically filed the Defendants' Response to the Court's Order Regarding the Submission of An Investigative Report to the Court of an In Camera Inspection with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on November 23, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

James Edens, N-60262
Illinois River Correctional Center
Route 9 West, PO Box 999
Canton, IL 61520

Respectfully submitted,
 s/Julie L. Morgan
Julie L. Morgan, #6271352
Attorney for Defendants
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
jlmorgan@atg.state.il.us

-4-