



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

November 23, 2004

Mr. James Edens, #N-60262
Illinois River Correctional Center
Route 9 West, PO Box 999
Canton, Illinois 61520

    Re:    *Edens v. Cox, et al.*
           02-3141

Dear Mr. Edens:

    Pursuant to Judge Baker's orders at the November 12, 2004 Final Pre-Trial Conference, I am supplementing Defendant Standley's Responses to your Amended/ Second Request for Interrogatories and Request for Production of Documents.

    I did not realize until November 15, 2004 that I had not provided you the Report of Investigation Inquiry (Bate Stamped document #25) and the July 24, 2002 Investigative Report (Bate Stamped document #37). I had originally attached these documents to Defendant Standley's original Responses to your Amended/Second Request for Interrogatories and Request for Production of Documents. However, when I sent said responses out, I inadvertently forgot to attach documents 25 and 37 to said responses. I apologize for this mistake. While documents 26-36 were provided to you with Defendant Standley's original Responses to your Amended/Second Request for Interrogatories and Request for Production of Documents, I am providing those to you again as I discovered on November 17, 2004 that said documents along with document 25 comprise the "report" of the investigation conducted by Defendant Standley. I hope this clears up any concerns or issues you may have had concerning these documents.

                      Sincerely,

                  Signature redacted pursuant to
                  USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
                    Julie L. Morgan
                    Assistant Attorney General

JLM/jlm

Enclosures



500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JAMES EDENS, #N-60262,           )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   No. 02 CV 3141
                                 )
JAMES G. COX, RICK SHEPARD,      )
STEVE MONTGOMERY, DAVE HUFFMAN,  )
BRIAN WILLIAMS, JOHN PROFROCH,   )
McFADDEN, and KEVIN STANDLEY,    )
                                 )
    Defendants.                  )

## DEFENDANT STANDLEY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED/SECOND REQUEST FOR INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES Defendant, KEVIN STANDLEY, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby supplements his responses to Plaintiff's Amended/Second Request for Interrogatories and Request for Production of Documents as follows:

3.  State the steps taken in initiiating the investigation and issuance of the inmate Disciplinary Report, (herein after I.D.R.) to Plaintiff on 7-29-02. If this information is set forth in any documentary form, produce the documents.

**ANSWER:**  I received information from a confidential source that you were charging inmates for legal services. Based upon that information, I conducted an investigation which led to the July 29, 2002 Disciplinary Report. <u>Defendant produces a copy of the Report of Investigation Inquiry Bate Stamped 25-36 and a July 24, 2002 Investigative Report Bate Stamped 37.</u>

1

Respectfully submitted,

KEVIN STANDLEY,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Julie L. Morgan, #6271352
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 557-0261

Of Counsel.

Attorney for Defendant,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

By
 Julie L. Morgan
 Assistant Attorney General

FOR INSTITUTIONAL USE ONLY

Illinois Department of Corrections

REPORT OF INVESTIGATION INQUIRY

| Case Number INQ-006-LOG-03 | Report Date 07/29/02 | Institution Logan C. C. | Case Investigator I316 Lt. K. Standley |
|---|---|---|---|
| Time, Date and Nature of Incident  Abuse of Privileges/Transfer of Funds | | | |
| Name (Last, first, middle) EDENS, James | | Complainant   Victim   Inmate X Offender X  Witness   Employee | |
| Institution Number N60262 | SSN | Institutional Nickname(s) | |
| REPORT STATUS: | Initial   Open | Final X | |
| | | | |

Interviewed:


Case Summary:

This INQuiry was initiated after receiving information regarding inmate Edens N60262 receiving money from other inmates for work he (Edens) had done at the Law Library.

Text of Interviews:

Conclusion:

After a total review of all available facts this INQuiry substantiated that inmate Edens N60262 violated Department Rules (303) Giving False Information to an Employee, (306) Transfer of Funds, (309) Petitions, Postings, and Business Ventures, (310) Abuse of Privileges. This is supported by direct testimony, inmate Edens' Trust Fund records, and correspondence from inmate Edens.


KS:rab


DC 346 (11/84)                    Page 1 of 1
page(s)
                    FOR INSTITUTIONAL USE ONLY

25

12/12                                  @

Hey Big Sis,
   How's your world? And most importantly, are you cool??
   Please forgive my disappearing for so long. You know I get in those moods, whereas I distance myself from the world.
   I've been working each & every day on my case. I've become very proficient in this legal mumbo-jumbo. I feel it, and understand it completely. I knew a long time ago the same legal system that caught me up, would be the same legal system I'd have to utilize to get un-caught-up.
   So, I work in the law library, when I'm not working on my own case or this civil suit I'm in the middle of. I help other guys with their issues. I do civil suits, or criminal appeals, child custody or visitation. Divorces, I'm even working on contract law. I try to get an 18 of everything. I found out that about 5 states allow ex-felons to practice law, so I'm seriously contemplating going to law school. I know if I do I can do the 3 years in 2 years. Either that or find me a wealthy middle-aged sugar-mamma. Look out for me at your church, just in case.

26

(50)

Your sister, "what's her name", wrote 2 letters to me over this last month or so. She was tardy \*Ker\*, about 8, 9, 10 months. And even before that all I got was a sanitized conversation, brief, and some preaching. Hell, I get enough of that from you! Oh, make sure my sugar-mamma looks good, I'm still vane.

Now back to whats-her-name. Matter fact let's not. I'll eventually write her back, making me look like a sucker. How come I never beat up on your sister?? She really thinks she knows me, I can't stand that. True or not, can't stand it. (But don't laugh at me.)

Well, I filed my own Post-Conviction last year in September. Last month I got a hearing date, and I also got myself an attorney. But believe me, I'm running the show this time. My work got me in, and a hearing date, all I'm asking my mouth-piece is to represent my work, nothing else. I've spent too many thousands with these sharks and just sat back and watched. Not this time. I've got 2 good issues, one will get me released immediately, over turn my conviction. The second one will knock off 25 years leaving me 7 more years to do.

(3)

I'm still going through drama in here. Nobody wants to forget my past activities. If it ain't one thing it's another. I think they want me to act like a fool, but since I don't they don't know what to expect. Individuals that think, scares them I guess. But I've got my priorities my priority. And being locked up in segregation ain't one of 'em.

So, what's going on with you. You moved? How's Walter, and Nini and the crew? Whats-her-name told me Ronnie is doing great, I like hearing that. I don't have to ask are you still in church. They probably named a pew after you by now. Next time you go, send a few words up to the Mac God that playa need a little A & A on his work in Court, and over sell it okay.

Alright, now don't forget your plan B', sugar-mamma, good looking, from one of those churches you go to. And please, I have not missed you sending me that church stuff in the mail, so don't start. They lock some people up in Afghanistan for that same stuff.

Take care, and I guess happy-belated-birth-day. You're what?? did they all fit on the cake? Enjoy your holidays and whats up to this family. And I really, really hate sour sister.

P.S. Is this acquaintance I'm trying to get up with, on her own vacation in a way, understand. I'd mentioned this to you before. I'd get back with you if you can help me — just this one time.

28

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

3:02-cv-03141-HAB-CHE  # 51-2  Page 8 of 17



J.L. Edens N07212
P.O. Box 1000
Lincoln, IL 62656

Jonathon Brown

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT OF CORRECTIONS.

29

Logan Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Time: 9:17am

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: Start thru End;   Inmate: N60262;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

Inmate: N60262 Edens, James R.                                         Housing Unit: LOG-C -C -78

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 02/11/1998 | Mail Room | 17 | 04 Intake and Transfers fr | 042217 | 000849 | Joliet C.C. | .24 | .24 |
| 02/18/1998 | Mail Room | 14 | 04 Intake and Transfers fr | 049214 | 889 | Joliet C.C. | 116.91 | 117.15 |
| 02/23/1998 | Point of Sale | 15 | 60 Commissary | 054715 | 00068217 | Commissary | -28.25 | 88.90 |
| 03/04/1998 | Point of Sale | 18 | 60 Commissary | 063718 | 00069655 | Commissary | -69.72 | 19.18 |
| 03/11/1998 | Point of Sale | 15 | 60 Commissary | 070715 | 00070448 | Commissary | -18.76 | .42 |
| 03/13/1998 | Payroll | 14 | 20 Payroll Adjustment | 072114 |  | P/R month of 02/1998 | 8.14 | 8.56 |
| 03/24/1998 | Disbursements | 14 | 80 Postage | 083314 | Chk # 79927 | Dept Of Corrections | -.32 | 8.24 |
| 04/09/1998 | Point of Sale | 20 | 60 Commissary | 099720 | 00074645 | Commissary | -8.21 | .03 |
| 04/15/1998 | Payroll | 13 | 20 Payroll Adjustment | 105113 |  | P/R month of 03/1998 | 15.00 | 15.03 |
| 04/16/1998 | Point of Sale | 15 | 60 Commissary | 106715 | 00075626 | Commissary | -10.90 | 4.13 |
| 04/16/1998 | Point of Sale | 15 | 60 Commissary | 106715 | 00075627 | Commissary | -3.28 | .85 |
| 05/12/1998 | Payroll | 17 | 20 Payroll Adjustment | 132117 |  | P/R month of 04/1998 | 15.00 | 15.85 |
| 05/21/1998 | Point of Sale | 20 | 60 Commissary | 141720 | 00080897 | Commissary | -14.93 | .92 |
| 06/12/1998 | Payroll | 17 | 20 Payroll Adjustment | 163117 |  | P/R month of 05/1998 | 15.00 | 15.92 |
| 06/16/1998 | Disbursements | 14 | 81 Legal Postage | 167314 | Chk # 81487 | Dept Of Corrections | -3.20 | 12.72 |
| 06/16/1998 | Disbursements | 14 | 81 Legal Postage | 167314 | Chk # 81487 | Dept Of Corrections | -4.95 | 7.77 |
| 06/18/1998 | Point of Sale | 16 | 60 Commissary | 169716 | 00085043 | Commissary | -7.76 | .01 |
| 07/17/1998 | Payroll | 14 | 20 Payroll Adjustment | 198114 |  | P/R month of 06/1998 | 25.06 | 25.07 |
| 07/17/1998 | Point of Sale | 16 | 60 Commissary | 198716 | 00088211 | Commissary | -24.73 | .34 |
| 08/03/1998 | Mail Room | 31 | 01 Money Order, Cert or C | 215231 | 69522136650 | Jackson, Sherri 355520 | 10.00 | 10.34 |
| 08/05/1998 | Disbursements | 17 | 81 Legal Postage | 217317 | Chk # 82598 | Dept Of Corrections | -1.97 | 8.37 |
| 08/06/1998 | Disbursements | 14 | 84 Library | 218314 | Chk # 82602 | Dept Of Corrections- | -5.20 | 3.17 |
| 08/07/1998 | Point of Sale | 20 | 60 Commissary | 219720 | 00091335 | Commissary | -3.14 | .03 |
| 08/14/1998 | Payroll | 17 | 20 Payroll Adjustment | 226117 |  | P/R month of 07/1998 | 45.00 | 45.03 |
| 08/20/1998 | Disbursements | 14 | 80 Postage | 232314 | Chk # 82767 | Dept Of Corrections | -.64 | 44.39 |
| 08/21/1998 | Point of Sale | 16 | 60 Commissary | 233716 | 00093548 | Commissary | -25.74 | 18.65 |
| 08/25/1998 | Disbursements | 14 | 80 Postage | 237314 | Chk # 83080 | Dept Of Corrections | -1.56 | 17.09 |
| 08/27/1998 | Disbursements | 14 | 84 Library | 239314 | Chk # 83131 | Dept Of Corrections- | -1.50 | 15.59 |
| 08/28/1998 | Point of Sale | 16 | 60 Commissary | 240716 | 00094669 | Commissary | -14.04 | 1.55 |
| 09/03/1998 | Disbursements | 14 | 84 Library | 246314 | Chk # 83218 | Dept Of Corrections- | -.80 | .75 |
| 09/03/1998 | Disbursements | 0 | 84 Library | 246300 | Chk # 083218 Voide | Dept Of Corrections- | .80 | 1.55 |
| 09/03/1998 | Disbursements | 17 | 84 Library | 246317 | Chk # 83271 | Dept Of Corrections- | -.80 | .75 |
| 09/11/1998 | Payroll | 17 | 20 Payroll Adjustment | 254117 |  | P/R month of 08/1998 | 38.70 | 39.45 |
| 09/15/1998 | Point of Sale | 16 | 60 Commissary | 258716 | 00096706 | Commissary | -31.38 | 8.07 |
| 09/16/1998 | Disbursements | 14 | 81 Legal Postage | 259314 | Chk # 83416 | Dept Of Corrections | -4.55 | 3.52 |
| 09/16/1998 | Disbursements | 14 | 81 Legal Postage | 259314 | Chk # 83416 | Dept Of Corrections | -1.56 | 1.96 |
| 09/16/1998 | Disbursements | 14 | 80 Postage | 259314 | Chk # 83453 | Dept Of Corrections | -.23 | 1.73 |
| 09/23/1998 | Payroll | 17 | 20 Payroll Adjustment | 266117 |  | Supp Aug 98 | 6.30 | 8.03 |
| 09/28/1998 | Point of Sale | 16 | 60 Commissary | 271716 | 00099054 | Commissary | -7.09 | .94 |
| 10/15/1998 | Disbursements | 14 | 80 Postage | 288314 | Chk # 83987 | Dept Of Corrections | -.87 | .07 |
| 10/16/1998 | Payroll | 14 | 20 Payroll Adjustment | 289114 |  | P/R month of 09/1998 | 45.00 | 45.07 |
| 10/20/1998 | Point of Sale | 18 | 60 Commissary | 293718 | 00101793 | Commissary | -24.82 | 20.25 |
| 10/22/1998 | Disbursements | 14 | 84 Library | 295314 | Chk # 84091 | Dept Of Corrections- | -1.20 | 19.05 |

30

**Inmate Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: Start thru End;    Inmate: N60262;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

Inmate: N60262 Edens, James R.                              Housing Unit: LOG-C -C -78

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/26/1998 | Point of Sale | 18 | 60 Commissary | 299718 | 00103027 | Commissary | -10.39 | 8.66 |
| 11/04/1998 | Point of Sale | 20 | 60 Commissary | 308720 | 00104191 | Commissary | -8.03 | .63 |
| 11/13/1998 | Payroll | 17 | 20 Payroll Adjustment | 317117 | | P/R month of 10/1998 | 43.00 | 43.63 |
| 11/16/1998 | Point of Sale | 15 | 60 Commissary | 320715 | 00105541 | Commissary | -32.37 | 11.26 |
| 12/02/1998 | Point of Sale | 15 | 60 Commissary | 336715 | 00108177 | Commissary | -9.14 | 2.12 |
| 12/06/1998 | Mail Room | 25 | 01 Money Order, Cert or C | 340225 | 92449691610 | Stury Slade -- | 10.00 | 12.12 |
| 12/11/1998 | Payroll | 17 | 20 Payroll Adjustment | 345117 | | P/R month of 11/1998 | 43.00 | 55.12 |
| 12/14/1998 | Point of Sale | 20 | 60 Commissary | 348720 | 00109807 | Commissary | -38.59 | 16.53 |
| 12/17/1998 | Mail Room | 29 | 01 Money Order, Cert or C | 351229 | 02-382767626 | | 10.00 | 26.53 |
| 12/21/1998 | Payroll | 17 | 20 Payroll Adjustment | 355117 | | Supp Oct/Nov 98 | 4.00 | 30.53 |
| 12/22/1998 | Point of Sale | 15 | 60 Commissary | 356715 | 00111522 | Commissary | -20.38 | 10.15 |
| 12/29/1998 | Point of Sale | 27 | 60 Commissary | 363727 | 00112593 | Commissary | -9.12 | 1.03 |
| 01/04/1999 | Mail Room | 21 | 01 Money Order, Cert or C | 004221 | 02-382767690 | | 10.00 | 11.03 |
| 01/11/1999 | Point of Sale | 20 | 60 Commissary | 011720 | 00114036 | Commissary | -10.69 | .34 |
| 01/15/1999 | Payroll | 14 | 20 Payroll Adjustment | 015114 | | P/R month of 12/1998 | 45.00 | 45.34 |
| 01/19/1999 | Point of Sale | 16 | 60 Commissary | 019716 | 00114866 | Commissary | -25.15 | 20.19 |
| 01/21/1999 | Disbursements | 14 | 80 Postage | 021314 | Chk # 86074 | Dept Of Corrections | -3.86 | 16.33 |
| 01/25/1999 | Point of Sale | 16 | 60 Commissary | 025716 | 00116376 | Commissary | -15.31 | 1.02 |
| 02/08/1999 | Disbursements | 14 | 80 Postage | 039314 | Chk # 86599 | Dept Of Corrections | -.33 | .69 |
| 02/11/1999 | Payroll | 17 | 20 Payroll Adjustment | 042117 | | P/R month of 01/1999 | 45.00 | 45.69 |
| 02/13/1999 | Mail Room | 31 | 01 Money Order, Cert or C | 044231 | 69682429326 | Sherri | 20.00 | 65.69 |
| 02/17/1999 | Point of Sale | 16 | 60 Commissary | 048716 | 00119449 | Commissary | -45.59 | 20.10 |
| 02/18/1999 | Disbursements | 14 | 80 Postage | 049314 | Chk # 86723 | Dept Of Corrections | -.01 | 20.09 |
| 03/01/1999 | Disbursements | 14 | 99 Transfer Inmate | 060314 | Chk # 87059 | Pinckneyville Correc | -20.09 | -.00 |
| 03/12/1999 | Payroll | 17 | 20 Payroll Adjustment | 071117 | | P/R month of 02/1999 | 32.50 | 32.50 |
| 03/16/1999 | Disbursements | 14 | 99 Transfer Inmate | 075314 | Chk # 87272 | Pinckneyville Correc | -32.50 | -.00 |
| 10/19/2000 | Mail Room | 17 | 04 Intake and Transfers fr | 293217 | 12465 | Pinckneyville C.C. | 12.00 | 12.00 |
| 10/19/2000 | Mail Room | 17 | 04 Intake and Transfers fr | 293217 | 12404 | Pinckneyville C.C. | 47.80 | 59.80 |
| 10/26/2000 | Disbursements | 23 | 90 Medical Co-Pay | 300323 | Chk # 99356 | Dept Of Corrections | -2.00 | 57.80 |
| 10/26/2000 | Point of Sale | 15 | 60 Commissary | 300715 | 00211880 | Commissary | -28.79 | 29.01 |
| 10/30/2000 | Disbursements | 23 | 80 Postage | 304323 | Chk # 99404 | Dept Of Corrections | -.66 | 28.35 |
| 11/01/2000 | Disbursements | 23 | 80 Postage | 306323 | Chk # 99416 | Dept Of Corrections | -.99 | 27.36 |
| 11/02/2000 | Point of Sale | 20 | 60 Commissary | 307720 | 00212899 | Commissary | -21.11 | 6.25 |
| 11/13/2000 | Payroll | 17 | 20 Payroll Adjustment | 318117 | | P/R month of 10/2000 | 7.43 | 13.68 |
| 11/13/2000 | Disbursements | 23 | 80 Postage | 318323 | Chk # 99532 | Dept Of Corrections | -7.46 | 6.22 |
| 11/16/2000 | Point of Sale | 3 | 60 Commissary | 321703 | 00214388 | Commissary | -5.74 | .48 |
| 11/29/2000 | Mail Room | 17 | 04 Intake and Transfers fr | 334217 | 013450 | Pinckneyville C.C. | 4.68 | 5.16 |
| 12/01/2000 | Disbursements | 23 | 84 Library | 336323 | Chk # 99950 | Dept Of Corrections- | -.20 | 4.96 |
| 12/01/2000 | Disbursements | 23 | 84 Library | 336323 | Chk # 99950 | Dept Of Corrections- | -.20 | 4.76 |
| 12/01/2000 | Disbursements | 23 | 80 Postage | 336323 | Chk # 99951 | Dept Of Corrections | -.33 | 4.43 |
| 12/07/2000 | Disbursements | 23 | 80 Postage | 342323 | Chk #1001 | 80-630 - Dept Of Corrections P | -.33 | 4.10 |
| 12/11/2000 | Disbursements | 23 | 80 Postage | 346323 | Chk #1044 | 80-636 - Dept Of Corrections P | -.33 | 3.77 |
| 12/15/2000 | Payroll | 23 | 20 Payroll Adjustment | 350123 | | P/R month of 11/2000 | 10.37 | 14.14 |

Logan Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: Start thru End;    Inmate: N60262;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N60262 Edens, James R.**                            **Housing Unit: LOG-C -C -78**

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/19/2000 | Disbursements | 23 | 84 Library | 354323 | Chk #1087 | 84-106 - Dept Of Corrections-L | -.20 | 13.94 |
| 12/21/2000 | Point of Sale | 20 | 60 Commissary | 356720 | 220039 | Commissary | -9.66 | 4.28 |
| 01/09/2001 | Disbursements | 23 | 80 Postage | 009323 | Chk #1455 | 80-1012 - Dept Of Corrections | -2.09 | 2.19 |
| 01/12/2001 | Payroll | 23 | 20 Payroll Adjustment | 012123 | | P/R month of 12/2000 | 14.35 | 16.54 |
| 01/14/2001 | Disbursements | 23 | 84 Library | 014323 | Chk #1516 | 84-109 - Dept Of Corrections-L | -4.80 | 11.74 |
| 01/19/2001 | Disbursements | 23 | 84 Library | 019323 | Chk #1618 | 84-110 - Dept Of Corrections-L | -.90 | 10.84 |
| 01/19/2001 | Disbursements | 23 | 84 Library | 019323 | Chk #1618 | 84-110 - Dept Of Corrections-L | -1.80 | 9.04 |
| 01/23/2001 | Mail Room | 19 | 01 Money Order, Cert or C | 023219 | p884372 | chew, geneva | 40.00 | 49.04 |
| 01/25/2001 | Point of Sale | 16 | 60 Commissary | 025716 | 225428 | Commissary | -44.49 | 4.55 |
| 01/30/2001 | Disbursements | 23 | 84 Library | 030323 | Chk #1946 | 84-112 - Dept Of Corrections-L | -4.50 | .05 |
| 01/31/2001 | Mail Room | 19 | 01 Money Order, Cert or C | 031219 | 390531 | barfield, mary | 50.00 | 50.05 |
| 02/07/2001 | Disbursements | 23 | 81 Legal Postage | 038323 | Chk #2024 | 81-243 - Dept Of Corrections P | -5.55 | 44.50 |
| 02/08/2001 | Point of Sale | 3 | 60 Commissary | 039703 | 227082 | Commissary | -37.11 | 7.39 |
| 02/09/2001 | Payroll | 23 | 20 Payroll Adjustment | 040123 | | P/R month of 01/2001 | 36.00 | 43.39 |
| 02/13/2001 | Disbursements | 23 | 84 Library | 044323 | Chk #2077 | 84-112 - Dept Of Corrections-L | -6.70 | 36.69 |
| 02/15/2001 | Point of Sale | 16 | 60 Commissary | 046716 | 228355 | Commissary | -35.85 | .84 |
| 02/17/2001 | Disbursements | 23 | 80 Postage | 048323 | Chk #2125 | 80-1080 - Dept Of Corrections | -.68 | .16 |
| 03/09/2001 | Payroll | 41 | 20 Payroll Adjustment | 068141 | | P/R month of 02/2001 | 36.00 | 36.16 |
| 03/12/2001 | Disbursements | 23 | 84 Library | 071323 | Chk #2543 | 84-114 - Dept Of Corrections-L | -.30 | 35.86 |
| 03/12/2001 | Disbursements | 23 | 84 Library | 071323 | Chk #2543 | 84-116 - Dept Of Corrections-L | -.20 | 35.66 |
| 03/12/2001 | Disbursements | 23 | 84 Library | 071323 | Chk #2543 | 84-116 - Dept Of Corrections-L | -.20 | 35.46 |
| 03/12/2001 | Disbursements | 23 | 84 Library | 071323 | Chk #2543 | 84-116 - Dept Of Corrections-L | -2.10 | 33.36 |
| 03/12/2001 | Disbursements | 23 | 81 Legal Postage | 071323 | Chk #2544 | 81-260 - Dept Of Corrections P | -.34 | 33.02 |
| 03/12/2001 | Disbursements | 23 | 81 Legal Postage | 071323 | Chk #2544 | 81-257 - Dept Of Corrections P | -.34 | 32.68 |
| 03/15/2001 | Point of Sale | 3 | 60 Commissary | 074703 | 232661 | Commissary | -17.54 | 15.14 |
| 03/19/2001 | Disbursements | 23 | 90 Medical Co-Pay | 078323 | Chk #2617 | 90-119 - Dept Of Corrections - | -2.00 | 13.14 |
| 03/22/2001 | Point of Sale | 3 | 60 Commissary | 081703 | 234027 | Commissary | -4.76 | 8.38 |
| 03/27/2001 | Disbursements | 23 | 83 Copies | 086323 | Chk #2893 | 83-093 - Dept Of Corrections-M | -.75 | 7.63 |
| 03/27/2001 | Disbursements | 23 | 83 Copies | 086323 | Chk #2893 | 83-094 - Dept Of Corrections-M | -7.00 | .63 |
| 03/27/2001 | Mail Room | 31 | 01 Money Order, Cert or C | 086231 | 952904 | martinez, ann | 20.00 | 20.63 |
| 03/29/2001 | Point of Sale | 3 | 60 Commissary | 088703 | 235085 | Commissary | -19.17 | 1.46 |
| 04/09/2001 | Disbursements | 23 | 84 Library | 099323 | Chk #3096 | 84-1198 - Dept Of Corrections- | -.80 | .66 |
| 04/13/2001 | Payroll | 41 | 20 Payroll Adjustment | 103141 | | P/R month of 03/2001 | 36.00 | 36.66 |
| 04/19/2001 | Point of Sale | 3 | 60 Commissary | 109703 | 238001 | Commissary | -29.14 | 7.52 |
| 04/23/2001 | Disbursements | 23 | 84 Library | 113323 | Chk #3182 | 84-120 - Dept Of Corrections-L | -2.00 | 5.52 |
| 04/23/2001 | Disbursements | 23 | 80 Postage | 113323 | Chk #3183 | 80-1195 - Dept Of Corrections | -2.99 | 2.53 |
| 05/03/2001 | Disbursements | 23 | 84 Library | 123323 | Chk #3472 | 84-121 - Dept Of Corrections-L | -.30 | 2.23 |
| 05/11/2001 | Payroll | 23 | 20 Payroll Adjustment | 131123 | | P/R month of 04/2001 | 36.00 | 38.23 |
| 05/14/2001 | Disbursements | 41 | 81 Legal Postage | 134341 | Chk #3604 | 81-305 - Dept Of Corrections P | -.34 | 37.89 |
| 05/17/2001 | Point of Sale | 20 | 60 Commissary | 137720 | 242251 | Commissary | -28.77 | 9.12 |
| 05/21/2001 | Disbursements | 23 | 84 Library | 141323 | Chk #3694 | 84-123 - Dept Of Corrections-L | -.80 | 8.32 |
| 05/24/2001 | Point of Sale | 16 | 60 Commissary | 144716 | 243475 | Commissary | -7.36 | .96 |
| 06/15/2001 | Payroll | 23 | 20 Payroll Adjustment | 166123 | | P/R month of 05/2001 | 36.00 | 36.96 |

32

3:02-cv-03141-HAB-CHE    # 51-2    Page 12 of 17
d_list_inmate_trans_statement_composite

Logan Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: Start thru End;   Inmate: N60262;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

Inmate: N60262 Edens, James R.                                   Housing Unit: LOG-C -C -78

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/18/2001 | Disbursements | 23 | 90 Medical Co-Pay | 169323 | Chk #4279 | 90-165 - Dept Of Corrections - | -2.00 | 34.96 |
| 06/19/2001 | Mail Room | 43 | 01 Money Order, Cert or C | 170243 | 02847628721 | Knazze, Gail 3455521 | 20.00 | 54.96 |
| 06/21/2001 | Point of Sale | 3 | 60 Commissary | 172703 | 247310 | Commissary | -26.95 | 28.01 |
| 06/27/2001 | Point of Sale | 16 | 60 Commissary | 178716 | 248414 | Commissary | -20.83 | 7.18 |
| 06/29/2001 | Disbursements | 23 | 90 Medical Co-Pay | 180323 | Chk #4760 | 90-176 - Dept Of Corrections - | -2.00 | 5.18 |
| 07/05/2001 | Point of Sale | 16 | 60 Commissary | 186716 | 249329 | Commissary | -5.14 | .04 |
| 07/13/2001 | Payroll | 23 | 20 Payroll Adjustment | 194123 | | P/R month of 06/2001 | 36.00 | 36.04 |
| 07/16/2001 | Disbursements | 23 | 84 Library | 197323 | Chk #4927 | 84-002 - Dept Of Corrections-L | -.50 | 35.54 |
| 07/16/2001 | Disbursements | 23 | 81 Legal Postage | 197323 | Chk #4928 | 81-003 - Dept Of Corrections P | -1.71 | 33.83 |
| 07/17/2001 | Disbursements | 23 | 80 Postage | 198323 | Chk #4976 | 80-014 - Dept Of Corrections P | -.34 | 33.49 |
| 07/19/2001 | Point of Sale | 20 | 60 Commissary | 200720 | 251716 | Commissary | -9.28 | 24.21 |
| 07/24/2001 | Disbursements | 23 | 80 Postage | 205323 | Chk #5208 | 80-021 - Dept Of Corrections P | -.57 | 23.64 |
| 07/24/2001 | Disbursements | 23 | 80 Postage | 205323 | Chk #5208 | 80-022 - Dept Of Corrections P | -1.03 | 22.61 |
| 07/25/2001 | Disbursements | 23 | 90 Medical Co-Pay | 206323 | Chk #5268 | 90-010 - Dept Of Corrections - | -2.00 | 20.61 |
| 07/26/2001 | Point of Sale | 20 | 60 Commissary | 207720 | 252813 | Commissary | -19.98 | .63 |
| 08/09/2001 | Disbursements | 23 | 84 Library | 221323 | Chk #5376 | 84-010 - Dept Of Corrections-L | -.30 | .33 |
| 08/10/2001 | Payroll | 23 | 20 Payroll Adjustment | 222123 | | P/R month of 07/2001 | 36.00 | 36.33 |
| 08/13/2001 | Disbursements | 23 | 84 Library | 225323 | Chk #5431 | 84-009 - Dept Of Corrections-L | -.70 | 35.63 |
| 08/13/2001 | Disbursements | 23 | 81 Legal Postage | 225323 | Chk #5432 | 81-017 - Dept Of Corrections P | -.68 | 34.95 |
| 08/13/2001 | Disbursements | 23 | 81 Legal Postage | 225323 | Chk #5432 | 81-028 - Dept Of Corrections P | -12.81 | 22.14 |
| 08/16/2001 | Point of Sale | 3 | 60 Commissary | 228703 | 255773 | Commissary | -22.07 | .07 |
| 09/15/2001 | Payroll | 23 | 20 Payroll Adjustment | 258123 | | P/R month of 08/2001 | 36.00 | 36.07 |
| 09/17/2001 | Disbursements | 23 | 81 Legal Postage | 260323 | Chk #5964 | 81-033 - Dept Of Corrections P | -1.59 | 34.48 |
| 09/17/2001 | Disbursements | 23 | 81 Legal Postage | 260323 | Chk #5964 | 81-040 - Dept Of Corrections P | -.57 | 33.91 |
| 09/17/2001 | Disbursements | 23 | 81 Legal Postage | 260323 | Chk #5964 | 81-044 - Dept Of Corrections P | -4.01 | 29.90 |
| 09/17/2001 | Disbursements | 23 | 81 Legal Postage | 260323 | Chk #5964 | 81-039 - Dept Of Corrections P | -8.30 | 21.60 |
| 09/17/2001 | Disbursements | 23 | 90 Medical Co-Pay | 260323 | Chk #5989 | 90-031 - Dept Of Corrections - | -2.00 | 19.60 |
| 09/18/2001 | Mail Room | 43 | 01 Money Order, Cert or C | 261243 | 06390226772 | Anderson, Darlene | 35.00 | 54.60 |
| 09/20/2001 | Point of Sale | 3 | 60 Commissary | 263703 | 260778 | Commissary | -51.84 | 2.76 |
| 09/27/2001 | Point of Sale | 16 | 60 Commissary | 270716 | 262030 | Commissary | -2.73 | .03 |
| 10/12/2001 | Payroll | 23 | 20 Payroll Adjustment | 285123 | | P/R month of 09/2001 | 36.00 | 36.03 |
| 10/16/2001 | Disbursements | 11 | 81 Legal Postage | 289311 | Chk #6482 | 81-059 - Dept Of Corrections P | -1.48 | 34.55 |
| 10/16/2001 | Disbursements | 11 | 80 Postage | 289311 | Chk #6482 | 80-116 - Dept Of Corrections P | -1.14 | 33.41 |
| 10/18/2001 | Point of Sale | 20 | 60 Commissary | 291720 | 265118 | Commissary | -26.82 | 6.59 |
| 10/25/2001 | Point of Sale | 3 | 60 Commissary | 298703 | 266337 | Commissary | -6.44 | .15 |
| 11/14/2001 | Payroll | 23 | 20 Payroll Adjustment | 318123 | | P/R month of 10/2001 | 36.00 | 36.15 |
| 11/15/2001 | Point of Sale | 20 | 60 Commissary | 319720 | 268855 | Commissary | -28.43 | 7.72 |
| 11/15/2001 | Disbursements | 50 | 81 Legal Postage | 319350 | Chk #7062 | 81-077 - Dept Of Corrections P | -3.67 | 4.05 |
| 11/28/2001 | Disbursements | 50 | 88 N60262 FWD FDS | 332350 | Chk #7395 | 88-7725 - Lewis University | -4.00 | .05 |
| 12/05/2001 | Mail Room | 43 | 01 Money Order, Cert or C | 339243 | 680015159 | Gniadek, Nicole | 50.00 | 50.05 |
| 12/07/2001 | Point of Sale | 3 | 60 Commissary | 341703 | 272526 | Commissary | -36.24 | 13.81 |
| 12/11/2001 | Disbursements | 23 | 81 Legal Postage | 345323 | Chk #7540 | 81-101 - Dept Of Corrections P | -1.49 | 12.32 |
| 12/11/2001 | Disbursements | 23 | 80 Postage | 345323 | Chk #7540 | 80-149 - Dept Of Corrections P | -.23 | 12.09 |

33

3:02-cv-03141-HAB-CHE    # 51-2    Page 13 of 17

Date: 7/22/2002  
Time: 9:17am  
d_list_inmate_trans_statement_composite

Logan Correctional Center  
Inmate Trust Fund  
Inmate Transaction Statement

Page 5

REPORT CRITERIA - Date: Start thru End;   Inmate: N60262;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N60262 Edens, James R.**      **Housing Unit: LOG-C -C -78**

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/11/2001 | Disbursements | 23 | 90 Medical Co-Pay | 345323 | Chk #7554 | 90-086 - Dept Of Corrections - | -2.00 | 10.09 |
| 12/14/2001 | Disbursements | 23 | 80 Postage | 348323 | Chk #7579 | 80-155 - Dept Of Corrections P | -.23 | 9.86 |
| 12/14/2001 | Payroll | 41 | 20 Payroll Adjustment | 348141 | | P/R month of 11/2001 | 36.00 | 45.86 |
| 12/17/2001 | Point of Sale | 48 | 60 Commissary | 351748 | 273593 | Commissary | -29.91 | 15.95 |
| 12/17/2001 | Disbursements | 50 | 81 Legal Postage | 351350 | Chk #7606 | 81-111 - Dept Of Corrections P | -3.95 | 12.00 |
| 12/17/2001 | Disbursements | 50 | 83 Copies | 351350 | Chk #7610 | 83-029 - Dept Of Corrections-M | -8.65 | 3.35 |
| 12/27/2001 | Disbursements | 50 | 80 Postage | 361350 | Chk #7748 | 80-168 - Dept Of Corrections P | -.34 | 3.01 |
| 01/10/2002 | Disbursements | 50 | 80 Postage | 010350 | Chk #8002 | 80-194 - Dept Of Corrections P | -2.41 | .60 |
| 01/11/2002 | Payroll | 23 | 20 Payroll Adjustment | 011123 | | P/R month of 12/2001 | 30.33 | 30.93 |
| 01/15/2002 | Point of Sale | 48 | 60 Commissary | 015748 | 277976 | Commissary | -27.75 | 3.18 |
| 01/15/2002 | Disbursements | 50 | 81 Legal Postage | 015350 | Chk #8072 | 81-123 - Dept Of Corrections P | -2.52 | .66 |
| 01/22/2002 | Disbursements | 50 | 80 Postage | 022350 | Chk #8193 | 80-206 - Dept Of Corrections P | -.34 | .32 |
| 02/17/2002 | Payroll | 23 | 20 Payroll Adjustment | 048123 | | P/R month of 01/2002 | 36.00 | 36.32 |
| 02/19/2002 | Disbursements | 23 | 84 Library | 050323 | Chk #8711 | 84-057 - Dept Of Corrections-L | -.40 | 35.92 |
| 02/19/2002 | Disbursements | 23 | 81 Legal Postage | 050323 | Chk #8712 | 81-134 - Dept Of Corrections P | -.34 | 35.58 |
| 02/19/2002 | Disbursements | 23 | 81 Legal Postage | 050323 | Chk #8712 | 81-137 - Dept Of Corrections P | -.34 | 35.24 |
| 02/19/2002 | Disbursements | 23 | 81 Legal Postage | 050323 | Chk #8712 | 81-150 - Dept Of Corrections P | -.34 | 34.90 |
| 02/19/2002 | Point of Sale | 20 | 60 Commissary | 050720 | 283491 | Commissary | -22.00 | 12.90 |
| 02/25/2002 | Disbursements | 50 | 80 Postage | 056350 | Chk #8883 | 80-242 - Dept Of Corrections P | -.34 | 12.56 |
| 02/25/2002 | Point of Sale | 48 | 60 Commissary | 056748 | 284871 | Commissary | -5.69 | 6.87 |
| 03/04/2002 | Disbursements | 50 | 84 Library | 063350 | Chk #9125 | 84-061 - Dept Of Corrections-L | -.20 | 6.67 |
| 03/04/2002 | Disbursements | 50 | 80 Postage | 063350 | Chk #9126 | 80-247 - Dept Of Corrections P | -.23 | 6.44 |
| 03/11/2002 | Disbursements | 50 | 80 Postage | 070350 | Chk #9236 | 80-255 - Dept Of Corrections P | -3.44 | 3.00 |
| 03/11/2002 | Point of Sale | 20 | 60 Commissary | 070720 | 286987 | Commissary | -2.73 | .27 |
| 03/15/2002 | Mail Room | 51 | 01 Money Order, Cert or C | 074251 | 90390622972 | Woods, Billy | 50.00 | 50.27 |
| 03/15/2002 | Mail Room | 51 | 01 Money Order, Cert or C | 074251 | 90390622983 | Woods, Billy | 50.00 | 100.27 |
| 03/15/2002 | Payroll | 50 | 20 Payroll Adjustment | 074150 | | P/R month of 02/2002 | 36.00 | 136.27 |
| 03/18/2002 | Point of Sale | 48 | 60 Commissary | 077748 | 287905 | Commissary | -37.92 | 98.35 |
| 03/18/2002 | Disbursements | 50 | 80 Postage | 077350 | Chk #9334 | 80-268 - Dept Of Corrections P | -1.70 | 96.65 |
| 03/25/2002 | Disbursements | 50 | 80 Postage | 084350 | Chk #9537 | 80-271 - Dept Of Corrections P | -.34 | 96.31 |
| 03/25/2002 | Disbursements | 50 | 80 Postage | 084350 | Chk #9537 | 80-275 - Dept Of Corrections P | -.34 | 95.97 |
| 03/25/2002 | Point of Sale | 48 | 60 Commissary | 084748 | 289258 | Commissary | -49.68 | 46.29 |
| 03/25/2002 | Disbursements | 50 | 88 N60262 FWD FDS | 084350 | Chk #9546 | 88-8545 - Koss Corporation | -6.50 | 39.79 |
| 04/01/2002 | Disbursements | 50 | 80 Postage | 091350 | Chk #9602 | 80-280 - Dept Of Corrections P | -5.00 | 34.79 |
| 04/01/2002 | Disbursements | 50 | 80 Postage | 091350 | Chk #9602 | 80-285 - Dept Of Corrections P | -7.45 | 27.34 |
| 04/01/2002 | Disbursements | 50 | 80 Postage | 091350 | Chk #9602 | 80-286 - Dept Of Corrections P | -2.18 | 25.16 |
| 04/01/2002 | Disbursements | 50 | 80 Postage | 091350 | Chk #9602 | 80-279 - Dept Of Corrections P | -.68 | 24.48 |
| 04/08/2002 | Disbursements | 50 | 88 N60262 FWD FDS | 098350 | Chk #9692 | 88-8622 - Music By Mail | -22.99 | 1.49 |
| 04/12/2002 | Payroll | 23 | 20 Payroll Adjustment | 102123 | | P/R month of 03/2002 | 36.00 | 37.49 |
| 04/12/2002 | Mail Room | 51 | 01 Money Order, Cert or C | 102251 | 03981556991 | Knazze, Gail | 40.00 | 77.49 |
| 04/15/2002 | Disbursements | 50 | 80 Postage | 105350 | Chk #9739 | 80-301 - Dept Of Corrections P | -.34 | 77.15 |
| 04/15/2002 | Disbursements | 50 | 80 Postage | 105350 | Chk #9739 | 80-298 - Dept Of Corrections P | -.34 | 76.81 |
| 04/15/2002 | Point of Sale | 20 | 60 Commissary | 105720 | 292202 | Commissary | -32.18 | 44.63 |

34

Logan Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: Start thru End;    Inmate: N60262;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

Inmate: N60262 Edens, James R.                           Housing Unit: LOG-C -C -78

| Date | Source | User · Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/22/2002 | Disbursements | 23 80 Postage | 112323 | Chk #9905 | 80-305 - Dept Of Corrections P | -.80 | 43.83 |
| 04/22/2002 | Disbursements | 23 80 Postage | 112323 | Chk #9905 | 80-305 - Dept Of Corrections P | -1.49 | 42.34 |
| 04/22/2002 | Disbursements | 23 90 Medical Co-Pay | 112323 | Chk #9907 | 90-160 - Dept Of Corrections - Commissary | -2.00 | 40.34 |
| 04/22/2002 | Point of Sale | 20 60 Commissary | 112720 | 293699 | | -12.70 | 27.64 |
| 04/29/2002 | Disbursements | 50 90 Medical Co-Pay | 119350 | Chk #10030 | 90-165 - Dept Of Corrections - | -2.00 | 25.64 |
| 05/09/2002 | Disbursements | 50 88 N60262 fwd fds | 129350 | Chk #10143 | 88-8798 - Music By Mail | -23.98 | 1.66 |
| 05/10/2002 | Payroll | 23 20 Payroll Adjustment | 130123 | | P/R month of 04/2002 | 42.01 | 43.67 |
| 05/13/2002 | Disbursements | 50 80 Postage | 133350 | Chk #10171 | 80-350 - Dept Of Corrections P | -.34 | 43.33 |
| 05/13/2002 | Point of Sale | 20 60 Commissary | 133720 | 296518 | Commissary | -33.37 | 9.96 |
| 05/20/2002 | Disbursements | 50 80 Postage | 140350 | Chk #10297 | 80-352 - Dept Of Corrections P | -.34 | 9.62 |
| 05/20/2002 | Disbursements | 50 80 Postage | 140350 | Chk #10297 | 80-354 - Dept Of Corrections P | -.80 | 8.82 |
| 05/20/2002 | Point of Sale | 20 60 Commissary | 140720 | 298058 | Commissary | -8.48 | .34 |
| 06/14/2002 | Payroll | 54 20 Payroll Adjustment | 165154 | | P/R month of 05/2002 | 45.00 | 45.34 |
| 06/17/2002 | Disbursements | 50 81 Legal Postage | 168350 | Chk #10532 | 81-234 - Dept Of Corrections P | -12.05 | 33.29 |
| 06/17/2002 | Disbursements | 50 81 Legal Postage | 168350 | Chk #10532 | 81-234 - Dept Of Corrections P | -.57 | 32.72 |
| 06/17/2002 | Disbursements | 50 81 Legal Postage | 168350 | Chk #10532 | 81-235 - Dept Of Corrections P | -4.99 | 27.73 |
| 06/17/2002 | Disbursements | 50 81 Legal Postage | 168350 | Chk #10532 | 81-234 - Dept Of Corrections P | -1.49 | 26.24 |
| 06/17/2002 | Point of Sale | 27 60 Commissary | 168727 | 301747 | Commissary | -26.19 | .05 |
| 06/27/2002 | Mail Room | 51 01 Money Order, Cert or C | 178251 | 04297351645 | Knazze, Gail | 10.50 | 10.55 |
| 07/01/2002 | Disbursements | 50 81 Legal Postage | 182350 | Chk #10780 | 81-246 - Dept Of Corrections P | -2.87 | 7.68 |
| 07/01/2002 | Disbursements | 50 81 Legal Postage | 182350 | Chk #10780 | 81-247 - Dept Of Corrections P | -1.49 | 6.19 |
| 07/01/2002 | Disbursements | 50 80 Postage | 182350 | Chk #10780 | 80-396 - Dept Of Corrections P | -.57 | 5.62 |
| 07/01/2002 | Point of Sale | 20 60 Commissary | 182720 | 304257 | Commissary | -5.54 | .08 |
| 07/12/2002 | Payroll | 54 20 Payroll Adjustment | 193154 | | P/R month of 06/2002 | 45.00 | 45.08 |
| 07/15/2002 | Point of Sale | 20 60 Commissary | 196720 | 305900 | Commissary | -34.25 | 10.83 |
| 07/16/2002 | Disbursements | 50 81 Legal Postage | 197350 | Chk #10907 | 81-001 - Dept Of Corrections P | -.37 | 10.46 |
| 07/18/2002 | Mail Room | 51 01 Money Order, Cert or C | 199251 | 04342456811 | Harley, Katie | 50.00 | 60.46 |
| 07/18/2002 | Mail Room | 51 01 Money Order, Cert or C | 199251 | 04342456822 | Harley, Katie | 50.00 | 110.46 |
| 07/22/2002 | Point of Sale | 48 60 Commissary | 203748 | 307402 | Commissary | -84.18 | 26.28 |

|  |  |
|---|---:|
| Total Inmate Funds: | 26.28 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 10.67 |
| Funds Available: | 15.61 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

35

Logan Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 7

REPORT CRITERIA - Date: Start thru End;    Inmate: N60262;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N60262 Edens, James R.**

**Housing Unit: LOG-C -C -78**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 07/19/2002 | 80-048 | Disb | N60262 Postage | 3 | Dept Of Correction | $2.67 |
| 07/19/2002 | 88-9271 | Disb | N60262 FWD FDS | 5220 | Swimsuit Extra | $8.00 |
| | | | | | Total Restrictions: | $10.67 |

36

State of Illinois - Department of Corrections
DISCIPLINARY REPORT

Page 1 of 1

☐ Disciplinary Report _____ Date
☒ Investigative Report  7/24/02  Date

Committed Person: EVENS  No. N60262  Facility: Logan

Observation Date: 7/24/02  Time: 11:30  ☒ am ☐ pm  Location: (#1115) I/A

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(l)(1)(f)
PRINT Employee's Name  —  Employee's Signature/Date/Time  7/24/02

Offense: 504 B

Observation: On the above date and time Inmate Evens N60262 was placed into Investigative status to ensure the safety and security of the Institution.

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement  ☐ Investigative Status  Reasons: Threat to Safety and Security of Facility

Cpt Petty
PRINT Name

Shift Supervisor's Signature and Date  7/23/02
(For Community Correctional Centers, Chief Adm. Off.)

Continue Confinement + Investigation

☒ Confinement Reviewed by Reviewing Officer  Comment: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
Major Schorn
PRINT Name

☒ MAJOR, submitted to Adjustment Committee  ☐ MINOR, submitted to Program Unit
Placed on investigation on 7/24/02 R. Shegnel

Major Schorn
PRINT Name

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

☐ Reviewed by Hearing Investigator:  P. Jackson
(Adult Division Major Reports Only)  PRINT Name

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

P. Pauk  Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)  7-24-02  3:00 pm
PRINT Serving Employee's Name    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Ticket issued on 7/29/02 KAS
(303)(303)(301)(310)

Offense Date: _____  Committed Person's Signature and Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____  Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____  Number/Cell/Title: _____
Witness can testify to: _____

Committed Person's Name and Number

DC 7303 (Rev. 4/96)  Distribution: 1) Master File; 2) Committed Person

37

## CERTIFICATE OF SERVICE

Julie L. Morgan, Assistant Attorney General, hereby certifies that she has served a copy of the foregoing Defendant Standley's Supplemental Responses to Plaintiff's Amended/Second Request for Interrogatories and Request for Production of Documents upon:

James Edens, N-60262
Illinois River Correctional Center
Route 9 West, PO Box 999
Canton, IL 61520

by causing a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States Mail in Springfield, Illinois on November 23, 2004.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Julie L. Morgan
Assistant Attorney General

Julie L. Morgan, #6271352
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217) 557-0261