UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES EDENS, #N-60262, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 02 CV 3141 |
| | ) |
| JAMES G. COX, RICK SHEPARD, | ) |
| STEVE MONTGOMERY, DAVE HUFFMAN, | ) |
| BRIAN WILLIAMS, JOHN PROFROCH, | ) |
| McFADDEN, and KEVIN STANDLEY, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT STANDLEY'S NOTICE OF COMPLIANCE

NOW COMES Defendant, KEVIN STANDLEY, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files his Notice of Compliance. In support thereof, Defendant states as follows:

1. December 2, 2004, the Court entered a text order in which it ordered Defendant Standley to submit an affidavit stating whether "Mr. Steele" was one of the inmates Defendant Standley interviewed in connection with Defendant Standley's investigative report and if so, Defendant Standley was to provide "Mr. Steele's" complete name and location, if known.

2. Attached hereto as Exhibit A is Defendant Standley's affidavit.

        Respectfully submitted,

        KEVIN STANDLEY,

        Defendant,

        BY: LISA MADIGAN, Attorney General of Illinois, Its Attorney

Julie L. Morgan, # 6271352
Assistant Attorney General         Attorney for Defendant,
500 South Second Street
Springfield, IL 62706         BY: s/Julie L. Morgan
(217) 557-0261               JULIE L. MORGAN
                                  Assistant Attorney General

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES EDENS, #N-60262, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 02 CV 3141 |
| | ) |
| JAMES G. COX, RICK SHEPARD, | ) |
| STEVE MONTGOMERY, DAVE HUFFMAN, | ) |
| BRIAN WILLIAMS, JOHN PROFROCH, | ) |
| McFADDEN, and KEVIN STANDLEY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2004, I electronically filed the Defendant Standley's Notice of Compliance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 14, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

James Edens, N-60262
Illinois River Correctional Center
Route 9 West, PO Box 999
Canton, IL 61520

Respectfully submitted,
 s/Julie L. Morgan
Julie L. Morgan, #6271352
Attorney for Defendants
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
jlmorgan@atg.state.il.us