E-FILED
Tuesday, 14 December, 2004 01:54:51 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS        )        *Edens v. Cox, et.al., USDC-CD 02-3141*
                         ) ss.
COUNTY OF SANGAMON       )

## AFFIDAVIT

I, **Kevin Standley**, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I conducted an investigation of Mr. James Edens (N-60262) after receiving information regarding his alleged receipt of money from other inmates for work he had done at the Law Library at Logan Correctional Center.

2. During my investigation, I spoke with an inmate named Tyrone Steele, N-73035.

3. Mr. Steele is currently incarcerated at the Logan Correctional Center.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Kevin Standley

Subscribed and sworn to before me
this 13th day of December, 2004.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Notary Public

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2007

EXHIBIT
A