# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>JAMES EDENS v. JAMES COX, et al. | CASE NO.<br><br>02-3141 | Beginning Date of Trial:<br><br>1/5/05 | Type of Trial:<br><br>Civil<br><br>Length of Trial:<br>1 day |
|---|---|---|---|

TO: THE WARDEN OF LOGAN CORRECTIONAL CENTER, Lincoln, IL

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Kevin Britton | N/A | Logan Correctional Center | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
| Troy Fishel | N/A | Logan Correctional Center | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
| Keith Kinney | N/A | Logan Correctional Center | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
| James Delaney | B41410 | Logan Correctional Center | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
| Tyrone Steele | N73035 | Logan Correctional Center | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
| Judge Harold Baker | N/A | Urbana | 1/5/05 | 10:00 a.m. - 4:30 p.m. |
|  |  |  |  |  |

Dated:    December 30, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
      DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98