# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES EDENS, | ) | WRIT OF HABEAS CORPUS |
| | ) | AD TESTIFICANDUM |
| Plaintiff | ) | |
| | ) | CASE NO. 02-3141 |
| vs. | ) | |
| | ) | |
| JAMES COX, et al., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

TO:  THE WARDEN of Illinois River Correctional Center at Canton, Illinois

**WE COMMAND** that you produce the body of JAMES EDENS, Register No. N-60262, who is in your custody at Illinois River Correctional Center, before the United States District Court at the U.S. Courthouse, 201 South Vine Street, Urbana, Illinois, on Wednesday, January 5, 2005, at 9:00 a.m. (**NOTE: All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted.  At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: December 30, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:    s/ C. Cathcart
        Deputy Clerk