AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 06 January, 2005  11:51:32 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JAMES R. EDENS,**
**Plaintiff,**

vs.                                                                                   Case Number:  **02-3141**

**JAMES COX, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of all the defendants and against the plaintiff.  The case is dismissed under Rule 50 as a matter of law.  The parties are to bear their own costs.

ENTER this 6th day of January, 2005.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK