# United States District Court

_Central_ DISTRICT OF _Illinois_

James Edens v. James Cox, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-3141

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A. Baker | Pro Se | Julie Morgan + Kelly Choate |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Jan. 5 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/5/05 | ✓ | ✓ | Copy of letter to nephew |
| 2 | | | ✓ | ✓ | Inmate Disciplinary Report - 12/5/01 |
| 3 | | | ✓ | ✓ | Disciplinary Report 2/5/02 |
| 4 | | | ✓ | ✓ | Article from newspaper |
| 5 | | | ✓ | ✓ | Disciplinary Report 7/29/02 |
| 6 | | | ✓ | ✓ | Ltr to Theresa Brown |
| 7 | | | ✓ | ✓ | Grievance Report - 9/23/01 |
| 8 | | | ✓ | ✓ | Grievance Rpoat 7/17/01 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages