AO 187 (Rev. 7/87) Exhibit and Witness List

E-FILED
Thursday, 06 January, 2005 01:39:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court

DISTRICT OF Central, Illinois

James Edens v. James Cox, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-3141

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A. Baker | Pro se | Julie Morgan + Kelly Choate |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Jan 5 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1/5/05 | ✓ | ✓ | Committee Grievance -12/7/01 |
|  | 2 |  |  | ✓ | Final Summary Report -12/6/01 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages