

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

June 13, 2006

Julie L. Morgan
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706

RE: 02-3141 Edens v Cox, et al

Counsel:

The Clerk's Office has certain exhibits in the above mentioned case. The appeal time has expired and these exhibits need to be removed from our vault. These exhibits should be picked up from this office within 30 days.

If the exhibits are not removed within that time, they will be destroyed.

Sincerely,

s/Christy Taylor

Deputy Clerk