

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

June 13, 2006

James R. Edens
N60262
Illinois River Correctional Center
P.O. Box 1900
Canton, IL 61520

RE:  02-3141  Edens v Cox, et al.

Dear Mr. Edens,

    We have the exhibits and/or depositions in the above case.  Please notify this office within ten (10) days if you wish to have the exhibits and/or depositions returned to your files. You will be responsible for retrieving the exhibits and/or depositions.  If we do not have a response from you within ten (10) days, the exhibits and/or depositions will be destroyed.

    Yours truly,

    JOHN M. WATERS, CLERK
    U. S. DISTRICT COURT

    s/Christy Taylor
    _____
    Deputy Clerk