E-FILED
Wednesday, 21 June, 2006  03:35:29 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

RE:  ____Edens____  v  ____Cox____

Case # ____02-3141____

Received __X Defendant's__ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this __20__ day of __June__.

Received by: __s/Joseph Hardy__